UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

        Plaintiff,        Case Number: 2:14-CV-10740
                                       HONORABLE LAWRENCE P. ZATKOFF

v.

TABELING, ET AL.,

        Defendant.
                                     /

### ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, Jack Mann, filed a *pro se* civil rights complaint. Mann, who is incarcerated at the Federal Correctional Institution in Milan, Michigan, failed to pay the filing fee for a civil action, $400.00, or to file the required papers to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(2). The Court, therefore, issued an Order to Correct Deficiency (Deficiency Order).

The Deficiency Order required Mann to submit the $400.00 filing fee or, alternatively, to file an application to proceed *in forma pauperis,* a certified copy of his prisoner trust account statement and a statement of trust fund account for the six-month period immediately preceding the filing of the complaint. The Deficiency Order provided that, if Mann did not correct the deficiency within thirty days, the complaint would be dismissed. Although Plaintiff filed an application to proceed *in forma pauperis*, he did not file a certified copy of his prisoner trust account statement or a statement of trust fund account for the six-month period preceding the filing of the complaint. The time for correcting the deficiency has elapsed, and Mann has failed to file the required documents.

Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Temporary Restraining Order [dkt. 6], Motion Providing Further Caselaw [dkt. #7], Motion to

Command a Conversion of Plaintiff's Statement of Facts [dkt. #8], and Emergency Motion for Default Judgment [dkt. #11] are **DENIED AS MOOT**.

    **SO ORDERED**.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: April 28, 2014